EDWARD PRZEWLOCKI, Respondent, v. CHARLES F. COVILLE, Appellant.

894

Judgment affirmed, without costs. Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.